# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON PARKER NOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　Defendant. | Case No.: 1:21-cv-01606-JLT-BAK (BAM)<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 15) |

The parties report they have come to terms of settlement and indicate that they are in the process of drafting a settlement agreement. (Doc. 15.) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than May 20, 2022**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:　**April 4, 2022**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE