**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADISON PARKER NOWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>FCA US, LLC,<br><br>        Defendant. | Case No.: 1:21-cv-01606-JLT-BAK (BAM)<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDER TO FILE DISMISSAL DOCUMENTS |

The parties filed a Notice of Settlement of the case and indicated that they were in the process of drafting a settlement agreement.  (Doc. 15.)  The Court issued an order after the notice of settlement, ordering that the stipulation to dismiss the action be filed no later than May 20, 2022.  (Doc. 16.)  However, the parties have failed to comply.

Therefore, the Court **ORDERS** that **within 14 days**, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's order to file the stipulation to dismiss the action.  Alternatively, within the same time, the parties may comply with this order by filing a stipulation to dismiss the action.

///

///

///

///

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:  **May 26, 2022**                            /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE